[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-13589
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 4, 2012
JOHN LEY
CLERK

D. C. Docket No. 0:10-cv-62163-DLG

GAMIL R. HANNA,
individually,

                                                    Plaintiff-Appellant,

versus

CITY OF HOLLYWOOD, FLORIDA,
ALFRED STABILE,
individually,
PATRICK FLOYD,
individually,

                                                    Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(June 4, 2012)

Before TJOFLAT, BARKETT and ANDERSON, Circuit Judges.

PER CURIAM:

Gamil R. Hanna appeals the district court's order of July 5, 2011, denying

his motion to vacate the district court's order of February 22, 2011, dismissing his second amended complaint and to reopen the case. The issue for this court to decide is whether the district court abused its discretion in denying Hanna's motion to vacate. We conclude that the district court did not and therefore affirm.

AFFIRMED.